No. 599. LOFLAND *v.* Fox, RECEIVER. October 27, 1941. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Joseph Ominsky* for petitioner. *Mr. Abraham Wernick* for respondent.

No. 607. MORGAN *v.* POTTER, SUPERINTENDENT OF MILWAUKEE PUBLIC SCHOOLS. October 27, 1941. Petition for writ of certiorari to the Supreme Court of Wisconsin denied. *Mr. A. W. Richter* for petitioner. *Messrs. Walter J. Mattison* and *Omar T. McMahon* for respondent.

No. 608. FRIEND ET AL., TRUSTEES, *v.* COMMISSIONER OF INTERNAL REVENUE. October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. A. J. Pflaum* and *Harry N. Wyatt* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark* and *Messrs. Arnold Raum; J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 615. GAMMONS ET AL., EXECUTORS AND TRUSTEES, *v.* HASSETT, COLLECTOR OF INTERNAL REVENUE. October 27, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harold Williams* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Joseph M. Jones* for respondent.

No. 616. WARDELL, RECEIVER, *v.* DISTRICT OF COLUMBIA. October 27, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.